# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.   2019 CW 1241

**SEPTEMBER 19, 2019**

---

In Re:     Toni Flad Rossi, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-11187.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.**  The trial court is ordered to conduct the hearing on plaintiff's ex parte petition and order for emergency sole custody or modification of custody within thirty days of September, 9, 2019, the date the order was signed by the trial court.  See La. Code Civ. P. art. 3945.

                       JMM
                       MRT
                       WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT